UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

OUTDOOR IDENTITIES LLC,

        Plaintiff,

  v.                                        Case No. 11-C-1161

FISHOUFLAGE APPAREL LLC, et al.,

        Defendants.

**ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL**

      On June 29, 2012, plaintiff filed a motion to compel discovery in the above matter. Plaintiff stated in its motion that it had served defendant with a set of interrogatories and request for production on May 11, 2012. Responses were due on June 11, 2012. The deadline passed with no response. Despite several emails and telephone conversations, defendants failed to file their responses or explain when they would be filed. After the motion was filed, defendant now concedes that they failed to timely respond to the motion and indicate an intent to respond or before July 23, 2012. Given that no explanation or excuse is provided for failing to respond previously, plaintiff's motion will be granted. Defendants are ordered to file a response by July 23, 2012. Defendant's also argue that interrogatory 12 is overbroad and the discovery sought is irrelevant. That issue is premature and will not be addressed by the Court until properly raised. At this time, Plaintiff's motion is granted with costs and actual attorneys' fees.

      Dated this   11th   day of July, 2012.

                                                    s/ William C. Griesbach
                                                    William C. Griesbach
                                                    United States District Judge