UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

OUTDOOR IDENTITIES, LLC,

    Plaintiff,

Case No. 11-C-1161

  v.

FISHOUFLAGE APPAREL, LLC, EVOLVED
ANGLER, LLC, FISHHEAD GEAR, LLC,
and JOHN T. MARQUEZ, JR.,

    Defendants.

## ORDER FOR CONTEMPT AND SANCTIONS

This matter came before the Court on plaintiff's Motion for Contempt and Sanctions. Based on the entire record of this matter, **THE COURT ORDERS AS FOLLOWS**:

A.    Defendants are adjudged to be in contempt of this Court's Order and Judgment, both dated February 13, 2013;

B.    Defendants are hereby ordered to pay $100 per day for each day they have been and continue to be in contempt of this Court's Order Judgment, beginning on February 21, 2013;

C.    The clerk is directed to schedule a hearing in this matter in two weeks, or at such time thereafter as the court's calendar permits, to determine whether defendant John T. Marquez Jr. has complied with this Order. **Absent further order of the court, defendant Marquez is directed to personally appear** and, if he has not

complied, show cause why he should not be placed in custody until such time as he has complied.

D.     The defendants, and specifically John T. Marquez, Jr., must immediately comply with paragraphs 4, 5 and 6 of the Judgment; and

E.     The plaintiff is entitled to its costs and its reasonable actual attorneys' fees incurred in making this motion.

Entered this __16th__ day of May, 2013.

                                            BY THE COURT:

                                            s/ William C. Griesbach
                                            William C. Griesbach, Chief Judge
                                            United States District Judge

2
2

Case 1:11-cv-01161-WCG  Filed 05/16/13  Page 2 of 2  Document 60